UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. KRAEMER,<br>DONALD E. McCOURT,<br>GEORGE T. HELM, JR. and<br>ROBIN L. SAMPSON,<br><br>Defendants. | Civil Action No. 01-358-ML |

**APPEARANCE OF SILVESTRE A. FONTES**

Plaintiff Securities and Exchange Commission (the "SEC") hereby requests that the clerk enter an appearance for Silvestre A. Fontes for the Plaintiff in this matter. Mr. Fontes' address and bar number are listed below.

Respectfully submitted,

Silvestre A. Fontes (MA BBO# 627971)
Senior Trial Counsel
fontess@sec.gov
Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8991
(617) 424-5940 fax

September 23, 2005

**Certificate of Service**

I, Silvestre A. Fontes, certify that on September 23, 2005, I caused the Appearance of Silvestre A. Fontes to be served on the below by First Class US Mail:

Robin L. Sampson
180 Candyapple Lane
Saunderstown, RI 02874

Silvestre A. Fontes