UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

SEP 29 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

WILLIAM E. KRAEMER,
DONALD E. McCOURT,
GEORGE T. HELM, JR. and
ROBIN L. SAMPSON,

Defendants.

Civil Action No. 01-358-ML

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 6(d) please withdraw the appearance of Frank C. Huntington as counsel of record for Plaintiff Securities and Exchange Commission. Notice of Entry of Appearance of Substitute Counsel, Silvestre A. Fontes, was filed on September 26, 2005.

Respectfully submitted,

Frank C. Huntington (Mass. Bar No. 544045)
Senior Trial Counsel

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8960 (Huntington)
(617) 573-8912 (Barry)

September 26, 2005

**CERTIFICATE OF SERVICE**

I, Frank Huntington, hereby certify that on September 26, 2005, I caused the Plaintiff Securities and Exchange Commission's Notice of Withdrawal of Frank Huntington to be served on the following by First Class US Mail:

Robin L. Sampson
180 Candyapple Lane
Saunderstown, RI 02874

Frank Huntington