UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

WILLIAM E. KRAEMER,
DONALD E. McCOURT,
GEORGE T. HELM, JR. and
ROBIN L. SAMPSON,

Defendants.

Civil Action No. 01-358-ML

**PLAINTIFF'S REQUEST FOR APPROVAL OF**
**PLAN TO DISTRIBUTE FUNDS**

Plaintiff Securities and Exchange Commission ("Commission") hereby requests that the Court approve a plan to distribute the funds which defendant Donald E. McCourt ("McCourt") has paid to satisfy his disgorgement and civil penalty obligations. A proposed form of Order for Distribution of Funds is submitted herewith.

**SUMMARY**

On December 1, 2004, by consent, the Court entered a Final Judgment of Permanent Injunction, Disgorgement and Other Relief as to Defendant Donald E. McCourt ("Final Judgment").[1] Among other things, the Final Judgment required McCourt to pay $9,430 in disgorgement, $5,272 in prejudgment interest, a civil penalty of $25,000 and $258.48 in post-judgment interest for a total payment of $39,960.48.

[1] On December 6, 2004, the Court entered an Amended Judgment correcting the account into which the court registry was to place the funds to be paid.

McCourt has satisfied his disgorgement, penalty and interest obligations by payments to the Registry of this Court, and the funds are currently being held in an interest-bearing account. The Commission now asks the Court to approve a plan to distribute these funds to the investors in Prexomet Corporation ("Prexomet").

**THE APPLICABLE LAW**

Courts have accorded the Commission wide discretion and deference in the development of plans to distribute disgorged funds. *See* SEC v. Wang, 944 F.2d 80, 85, 88 (2nd Cir. 1991) (distribution decisions are "appropriately left to the experience and expertise of the SEC in the first instance"). The only limitation imposed by courts is that such plans must be fair and reasonable. *Id.* at 85.

**THE PROPOSED PLAN OF DISTRIBUTION**

As of November 3, 2005, the amount held by the Registry of this Court, after adding $289.30 in accrued interest to the $39,960.48 figure referred to above is $40,249.78. In its Complaint, the Commission alleged that McCourt, the President of Prexomet, played an active part in a scheme that utilized a variety of misrepresentations to induce a total of fourteen investors to purchase approximately $240,000 worth of stock and promissory notes in that company. Since filing the Complaint, the Commission has identified one other individual who invested $1,600 in Prexomet, bringing the investment total to $241,600. The Commission proposes that the $40,249.78 be distributed to the fifteen Prexomet investors in proportion to the amounts of their investments. Using this approach, the following amounts would be distributed:

| | |
|---|---|
| Charles W. Dubs | $14,158.57 |
| Jon V. Smith | $4,998.56 |
| Newton M. Dubs | $4,165.47 |

| | |
|---|---|
| John Gardiner, Sr. | $3,332.37 |
| Anita Langevin | $3,332.37 |
| John F. Piatek | $3,332.37 |
| Brian P. Hulyk | $2,003.96 |
| Timothy G. Forbush | $998.10 |
| Joan M. Lee | $833.09 |
| Marilyn Robinson | $833.09 |
| Kenneth Scally | $833.09 |
| Louis E. Brown | $499.05 |
| Dennis G. Sullivan | $414.53 |
| Paul Gendron | $265.63 |
| Patricia Ruddy | $249.53 |
| | $40,249.78 |

## CONCLUSION

For the reasons set forth above, the Commission requests that the Court approve its proposed plan of distribution and enter an order in the form submitted herewith.

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

Silvestre A. Fontes
Senior Trial Counsel
Mass. Bar. No. 627971

Daniel P. Barry
Senior Counsel
Mass. Bar. No. 564037

73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8991 (Fontes)
(617) 424-5940 fax

Dated: November 3, 2005

**CERTIFICATE OF SERVICE**

I, Silvestre A. Fontes, certify that on November 3, 2005, a copy of the foregoing Plaintiff's Request for Approval of Plan to Distribute Funds was served by first-class mail upon the following parties to this matter at the addresses indicated below:

Donald E. McCourt
P.O. Box 351
Foxboro, MA 02035

Robin L. Sampson
180 Candy Apple Lane
Saunderstown, RI 02874

George T. Helm, Jr.
110 Thoreau Drive
North Eastham, MA 02651

Silvestre A. Fontes