RECEIVED

NOV 10 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. KRAEMER,<br>DONALD E. McCOURT,<br>GEORGE T. HELM, JR. and<br>ROBIN L. SAMPSON,<br><br>Defendants. | Civil Action No. 01-358-ML |

**REDACTED ORDER FOR**
**<u>DISTRIBUTION OF FUNDS</u>**

The Court having entered a Final Judgment of Permanent Injunction, Disgorgement and Other Relief as to Defendant Donald E. McCourt ("McCourt"), defendant McCourt having satisfied his disgorgement and civil penalty obligations, and plaintiff Securities and Exchange Commission having requested that the Court approve a plan to distribute the funds, which are currently being held by the Registry of the Court in an interest-bearing account,

**IT IS HEREBY ORDERED** that the Clerk of Court shall disburse the monies which McCourt has paid into the Registry of this Court along with that portion of the interest or income earned thereon that has not been deducted in accordance with 28 U.S.C. § 1914 by mailing checks payable as follows:

| | | |
|---|---|---|
| 1. | Charles W. Dubs | $14,158.57 |
| 2. | Jon V. Smith | $4,998.56 |
| 3. | Newton M. Dubs | $4,165.47 |
| 4. | John Gardiner, Sr. | $3,332.37 |
| 5. | Anita Langevin | $3,332.37 |
| 6. | John F. Piatek | $3,332.37 |
| 7. | Brian P. Hulyk | $2,003.96 |
| 8. | Timothy G. Forbush | $998.10 |
| 9. | Joan M. Lee | $833.09 |
| 10. | Marilyn Robinson | $833.09 |
| 11. | Kenneth Scally | $833.09 |
| 12. | Louis E. Brown | $499.05 |
| 13. | Dennis G. Sullivan | $414.53 |
| 14. | Paul Gendron | $265.63 |
| 15. | Patricia Ruddy | $249.53 |

Mary M. Lisi
United States District Judge

Dated: November 10, 2005