UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM E. KRAEMER,<br>DONALD E. McCOURT,<br>GEORGE T. HELM, JR. and<br>ROBIN L. SAMPSON,<br><br>Defendants. | ) | Civil Action No. 01-358-ML |

**PLAINTIFF'S REQUEST TO FILE, UNDER SEAL, AN ORDER SETTING FORTH IDENTIFYING INFORMATION WITH RESPECT TO THE PROPOSED RECIPIENTS OF CERTAIN FUNDS**

Plaintiff Securities and Exchange Commission ("Commission") hereby requests permission to file, under seal, the accompanying proposed Unredacted Order for Distribution of Funds, which sets forth the social security numbers and addresses of the proposed recipients of the funds in question. The Commission makes this request to protect the privacy of the proposed recipients.

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

Granted.
Mary M. Lisi
USDJ 11/10/05

Silvestre A. Fontes
Senior Trial Counsel
Mass. Bar. No. 627971

Daniel P. Barry
Senior Counsel
Mass. Bar. No. 564037

73 Tremont Street, Suite 600
Boston, MA 02108
(617) 573-8991 (Fontes)
(617) 424-5940 fax

Dated: November 9, 2005

**CERTIFICATE OF SERVICE**

I, Silvestre A. Fontes, certify that on November 9, 2005, a copy of the foregoing Plaintiff's Request to File, Under Seal, An Order Setting Forth Identifying Information With Respect to the Proposed Recipients of Certain Funds was served by first-class mail upon the following parties to this matter at the addresses indicated below:

Donald E. McCourt
P.O. Box 351
Foxboro, MA 02035

Robin L. Sampson
180 Candy Apple Lane
Saunderstown, RI 02874

George T. Helm, Jr.
110 Thoreau Drive
North Eastham, MA 02651

Silvestre A. Fontes